UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE V. WILDER, SR., )<br>         Plaintiff, )<br>                            )<br>V.                                        )<br>SUPREME COURT OF NORTH CAROLINA, NORTH CAROLINA COURT OF APPEALS, SUPERIOR COURT OF NEW HANOVER COUNTY, NC, DISTRICT COURT OF NEW HANOVER COUNTY, NC, US OFFICER OF PERSONNELL MANAGEMENT, CAROLYN W. COLVIN, ROD ROSENSTEIN, BRIAN FROSH, Maryland Attorney General, JOHN M. WILDER, LEEANNE QUATTRUCCI, LORETTA E. LYNCH, JENNIFER MARSHALL RODEN, JEH JOHNSON, FRANK PERRY, ROY COOPER, NEW HANOVER COUNTY REGIONAL MEDICAL CENTER, LIGHTHOUSE CARE CENTER OF CONWAY, ALAN WILSON, HOLLY HILLS HOSPITAL, SOCIAL SECURITY, UNKNOWN FEDERAL AGENTS, UNKNOWN STATE AGENTS,<br>         Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-33-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS Wilder's application to proceed in forma pauperis [D.E. 1], and DISMISSES plaintiffs complaint as frivolous.

**This Judgment Filed and Entered on October 5, 2016, and Copies To:**

Lawrence V. Wilder, Sr.                              (Sent to 1101 Chestnut Street Wilmington, NC 28401 via US Mail)

DATE:                              JULIE RICHARDS JOHNSTON, CLERK

October 5, 2016                (By) /s/ Nicole Briggeman
                                                  Deputy Clerk