IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-33-D

| | | |
|---|---|---|
| LAWRENCE VERLINE WILDER, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| SUPREME COURT OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

On October 5, 2016, this court dismissed Lawrence Verline Wilder, Sr.'s ("Wilder" or "plaintiff") claims and closed the case. See [D.E. 6]. Wilder did not appeal. On May 7, 2021, Wilder filed a motion to appoint effective counsel, for relief under Rule 60, and to recuse Federal Judge Terrence Boyle. See [D.E. 9].

Wilder's motion fails to meet Rule 60(b)'s threshold requirements, and the court denies the motion. See Fed. R. Civ. P. 60(b); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th Cir. 2011) (en banc); Robinson v. Wix Filtration Corp. LLC, 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993); cf. Luxama v. McHugh, 675 F. App'x 272, 273 (4th Cir. 2017) (per curiam) (unpublished). Likewise, the court denies as meritless Wilder's motion to appoint counsel and to recuse Judge Boyle.

In sum, the court DENIES as baseless plaintiff's motion to appoint effective counsel, for relief under Rule 60, and to recuse Federal Judge Terrence Boyle [D.E. 9]. The case remains closed.

SO ORDERED. This 20 day of May 2021.

JAMES C. DEVER III
United States District Judge